# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                               )<br>)<br>DONNA MARIE GEORGE,              )<br>)<br>    Defendant.                            ) | Criminal Case: 1:09-CR-431 |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Donna Marie George hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on April 23, 2010 and from the order entered on April 26, 2010.

                                                                                                                          Respectfully Submitted,

                                                                                                                          By: /s/ Charles Burnham
                                                                                                                          Charles Burnham VSB # 72781
                                                                                                                          *Attorney for Defendant*
                                                                                                                          Burnham & Gorokhov, PLLC
                                                                                                                          1739 Clarendon Blvd.
                                                                                                                          Arlington, VA 22209
                                                                                                                          (703) 310-7587 (phone)
                                                                                                                          (267) 390-7587 (fax)
                                                                                                                          charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Joshua Rogers**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3700
Email: Joshua.rogers2@usdoj.gov

      Respectfully Submitted,

By: /s/ Charles Burnham
Charles Burnham, VSB# 72781
*Attorney for Defendant*
Burnham & Gorokhov, PLLC
1739 Clarendon Blvd.
Arlington, VA 22209
(703) 310-7587 (phone)
(267) 390-7587 (fax)
charles@burnhamgorokhov.com